# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0936

_____

TREVORISSE THOMAS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Ineffective Assistance of Appellate Counsel—Original Proceedings.

July 2, 2025

PER CURIAM.

The Court dismisses the petition alleging ineffective assistance of appellate counsel as untimely filed. *See* Fla. R. App. P. 9.141(d)(5).

The Court warns Petitioner that any future filings that this Court determines to be frivolous may result in the imposition of sanctions, including a prohibition against any further pro se filings in this Court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Trevorisse Thomas, pro se, Petitioner.

No appearance for Respondent.